**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 24-60070-CV-MIDDLEBROOKS

MICHELLE BIRNIE, CHAROLET
WADEINE FAIL, and LAUREN
WILKINSON, *on behalf of themselves*
*and all others similarly situated*,

       Plaintiffs,

v.

CITRIX SYSTEMS, INC., *a Delaware*
*Corporation*,

       Defendant.

_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice, filed March 20, 2024. (DE 19). Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, a plaintiff may voluntarily dismiss an action by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant has served neither. Accordingly, it is

**ORDERED AND ADJUDGED** that this case is **DISMISSED WITHOUT PREJUDICE.** The Clerk of Court shall **CLOSE THIS CASE.** All pending motions are **DENIED AS MOOT.**

**SIGNED** in Chambers at West Palm Beach, Florida, this 29th day of March, 2024.

Donald M. Middlebrooks
United States District Judge

Cc: attorneys of record